| | | |
|---|---|---|
| People v Jones (Morris) | App Term, 1st Dept: 53 Misc 3d 143(A) (NY) | denied 1/19/17 (Abdus-Salaam, J.) |
| People v Jones (Nedra) | 4th Dept: 144 AD3d 1590 (Erie) | denied 1/25/17 (Stein, J.) |
| People v Jones (Vernon) | App Div, 3d Dept: 2016 NY Slip Op 74760(U) (Rensselaer) | denied reconsideration 1/30/17 (Abdus-Salaam, J.) |
| People v Juan A. | 2d Dept: 143 AD3d 908 (Queens) | denied 1/4/17 (Garcia, J.) |
| People v Justice | App Div, 4th Dept, 10/19/16 (Erie) | dismissed 1/23/17 (Garcia, J.) |
| People v Kamal | 2d Dept: 144 AD3d 1055 (Suffolk) | denied 1/31/17 (DiFiore, Ch. J.) |
| People v King | 1st Dept: 142 AD3d 917 (Bronx) | denied 1/9/17 (Stein, J.) |
| People v Kluss | 4th Dept: 143 AD3d 1281 (Yates) | denied 1/5/17 (Stein, J.) |
| People v Knighton (James) | 4th Dept: 144 AD3d 1594 (Onondaga) | denied 1/26/17 (Garcia, J.) (Appeal No. 1) |
| People v Knighton (James) | 4th Dept: 144 AD3d 1595 (Onondaga) | denied 1/26/17 (Garcia, J.) (Appeal No. 2) |
| People v Lancaster | 3d Dept: 143 AD3d 1046 (Broome) | denied 1/20/17 (Fahey, J.) |
| People v Land | 4th Dept: 144 AD3d 1561 (Erie) | denied 1/26/17 (Garcia, J.) |
| People v Lawrence | App Term, 1st Dept: 53 Misc 3d 137(A) (NY) | denied 1/17/17 (Fahey, J.) |
| People v Leitzsey | 1st Dept: 142 AD3d 918 (NY) | denied 1/9/17 (Stein, J.) |
| People v Lineberger | App Div, 1st Dept: 2015 NY Slip Op 74358(U) (NY) | denied 1/17/17 (Fahey, J.) |
| People v Maisonet | 2d Dept: 144 AD3d 948 (Kings) | denied 1/10/17 (Stein, J.) |
| People v Major | 3d Dept: 143 AD3d 1155 (Otsego) | denied 1/26/17 (Garcia, J.) |
| People v Manuel | 1st Dept: 143 AD3d 473 (NY) | denied 1/18/17 (Fahey, J.) |
| People v Marku | 1st Dept: 143 AD3d 576 (NY) | denied 1/16/17 (Rivera, J.) |
| People v Marrero | 1st Dept: 143 AD3d 403 (Bronx) | denied 1/18/17 (Fahey, J.) |
| People v Martin (Dijon) | 2d Dept: 144 AD3d 707 (Queens) | denied 1/9/17 (Stein, J.) |
| People v Martin (Gregory) | App Term, 2d Dept, 2d, 11th & 13th Jud Dists: 52 Misc 3d 140(A) (Queens) | denied 1/4/17 (Stein, J.) |
| People v Martinez (Aaron) | 3d Dept: 141 AD3d 1007 (Clinton) | denied 1/17/17 (Fahey, J.) |